UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAUL TROIA, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 2:20-cv-11197-BAF-RSW |
| vs. | **JURY TRIAL DEMANDED** |
| VENTURE GLOBAL ENGINEERING, LLC, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Paul Troia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Paul Troia, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 31, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299


*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

      Respectfully submitted,

      **SHAMIS & GENTILE, P.A.**
      14 NE 1st Ave., Suite 705
      Miami, FL 33132
      Telephone (305) 479-2299
      Facsimile (786) 623-0915
      Email: ashamis@shamisgentile.com

By:   */s/ Andrew J. Shamis*
      Andrew J. Shamis, Esq.
      Florida Bar # 101754

*Counsel for Plaintiff and the Class*