UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL TROIA, individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

VENTURE GLOBAL ENGINEERING, LLC,

    Defendant

Case No. 2:20-cv-11197
Honorable Bernard A. Friedman
Mag. Judge R. Steven Whalen

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AS TO PLAINTIFF PAUL TROIA AND WITHOUT PREJUDICE AS TO THE UNNAMED MEMBERS OF THE ALLEGED CLASS

IT IS HEREBY ORDERED that Plaintiffs' Complaint is dismissed as follows:

1. All claims of the Plaintiff, Paul Troia, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice, with each party to bear their own fees and costs.

Entry of this order resolves all pending claims as to Defendant and dismisses Defendant from this matter.

IT IS SO ORDERED.

Dated: September 10, 2020
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge